# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872, AFL-CIO, <br><br> Plaintiff, <br><br> vs. <br> JOHN E. STEVENS, III, <br><br> Defendant. | 2:15-cv-00513-GMN-VCF <br> **ORDER** |

Before the court is the Motion to Extend the Discovery Deadline Pursuant to Local Rule 26.4 (#32).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Extend the Discovery Deadline (#32) must be filed on or before October 9, 2015 and any reply in support of the Motion to Extend the Discovery Deadline (#32) must be filed on or before October 14, 2015.

IT IS FURTHER ORDERED that a hearing on the Motion to Extend the Discovery Deadline (#32) is scheduled for 3:00 p.m., October 22, 2015, in courtroom 3D.

DATED this 2nd day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE