# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872, AFL-CIO,

Plaintiff,

vs.

JOHN E. STEVENS, III,

Defendants.

2:15-cv-00513-GMN-VCF

**ORDER**

Before court is Third Party Defendants and Plaintiff/Counter-Defendant Local 872's Joint Motion for a Protective Order on Order Shortening Time (#34).

IT IS HEREBY ORDERED that a hearing on Third Party Defendants and Plaintiff/Counter-Defendant Local 872's Joint Motion for a Protective Order on Order Shortening Time (#34) is scheduled for **3:00 p.m., October 22, 2015**. Any opposition to the Third Party Defendants and Plaintiff/Counter-Defendant Local 872's Joint Motion for a Protective Order on Order Shortening Time (#34) must be filed on or before October 14, 2015 and any reply in support of the Third Party Defendants and Plaintiff/Counter-Defendant Local 872's Joint Motion for a Protective Order on Order Shortening Time (#34) must be filed on or before noon, October 21, 2015. The four depositions of the person most knowledgeable of various medical providers set by Plaintiff/Counterclaimant John E. Stevens, III for October 15th, 16th, 19th and 20th are stayed pending the decision of the court.

The parties are reminded that in the future, any motions requiring emergency or expedited processing must comply with Local Rule 7-5(d).

IT IS SO ORDERED.

DATED this 7th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE