# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872, AFL-CIO,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN E. STEVENS, III,<br><br>        Defendant. | 2:15-cv-00513-GMN-VCF<br>**ORDER** |

    Before the Court is Defendant's Counsel's Motion to Withdraw (ECF No. 61).

    IT IS HEREBY ORDERED that a hearing on Defendant's Counsel's Motion to Withdraw (ECF No. 61) is scheduled for 10:00 AM, May 3, 2017, in Courtroom 3D.

    IT IS FURTHER ORDERED that John Stevens, III must appear in person at the hearing on May 3, 2017 at 10:00 AM.

    DATED this 10th day of April, 2017.

                                                  _____
                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE