# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872, AFL-CIO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN E. STEVENS, III,<br><br>　　　　　Defendant. | 2:15-cv-00513-GMN-VCF<br>**ORDER** |

　　　Before the Court is Plaintiff's Motion to Waive Personal Appearance or, Alternatively, Motion to Appear Telephonically re: Hearing on Motion to Withdraw (ECF No. 63).

　　　Plaintiff does not oppose Defendant's Counsel's Motion to Withdraw and requests that its attorney is relieved from appearing at the scheduled hearing scheduled for May 3, 2017. *Id.*

　　　Accordingly,

　　　IT IS HEREBY ORDERED that Plaintiff's Motion to Waive Personal Appearance (ECF No. 63) is GRANTED.

　　　DATED this 13th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE