# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872, AFL-CIO,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN E. STEVENS, III,<br><br>Defendants. | 2:15-cv-00513-GMN-VCF<br>**<u>ORDER</u>** |

Before court is John E. Stevens, III's request to reschedule the show cause hearing on May 17, 2017. (ECF No. 76).

Accordingly,

IT IS HEREBY ORDERED that the show cause hearing scheduled for May 17, 2017 is RESCHEDULED to May 12, 2017 at 11:00 AM, in Courtroom 3A. Mr. Stevens is required to attend in person the hearing on May 12, 2017 at 11:00 AM.

All other parties may attend telephonically. The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

The Clerk of Court is directed to email Mr. Stevens a copy of this Order at Servtechsecurity@gmail.com and mail a copy to John E. Stevens, III, 1289 Black Cherry Street, Las Vegas, Nevada 89142.

DATED this 5th day of May, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE