# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872, AFL-CIO,<br><br>        Plaintiff,<br>vs.<br>JOHN E. STEVENS, III,<br>        Defendant. | Case No.: 2:15-cv-00513-GMN-VCF<br><br>**ORDER** |

Before the Court is the letter submitted by *pro se* Defendant John E. Stevens ("Defendant"), (ECF No. 83), in which Defendant requests, *inter alia*, that the Court dismiss the instant action. To the extent the Court construes this letter as a motion to dismiss, the Court finds Defendant's Motion both untimely and without merit. Defendant provides no substantive argument or legal authority to support dismissal of this case.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, (ECF No. 83), is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Pretrial Order by January 15, 2018.

**DATED** this __14__ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

Page 1 of 1