# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872, AFL-CIO,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN E. STEVENS, III,<br><br>  Defendant. | 2:15-cv-00513-GMN-VCF<br>**ORDER** |

Before the Court is the Motion for Pro Se Litigant to file Electronically (ECF No. 94).

IT IS ORDERED that Steven's Motion for Pro Se Litigant to file Electronically (ECF No. 94) is GRANTED with the following provisions:

1.  On or before March 2, 2018, Steven must provide certification/declaration that he has completed the CM/ECF tutorial and is familiar with Part IC- Electronic Case Filing of the Local Rules that is accessible on this Court's website.

2.  Plaintiff is not authorized to file electronically until said certification/declaration is filed with the Court within the time frame specified.

DATED this 13th day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE