```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         MAY 25 2018

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL 872, AFL-CIO, | |
| Plaintiff, | Case No.: 2:15-cv-00513-GMN-VCF |
| vs. | **VERDICT FORM** |
| JOHN E. STEVENS, III, | |
| Defendant. | |

1. Do you find that the plaintiff has proved by a preponderance of the evidence that the defendant breached the duties imposed under 29 U.S.C. § 501(a) of the Labor-Management Reporting and Disclosure Act?

   **Answer YES or NO**  No

   If you answered NO to Question No. 1, do not answer Question No. 2. Sign and date the verdict form and notify the court security officer.

   If you answered YES to Question No. 1, proceed to Question No. 2.

2. What sum of money, if any, do you find by a preponderance of the evidence to be the amount of damages resulting from the defendant's breach?

   **Total Damages: $_____**

DATED this 25 day of May, 2018.


                                PRESIDING JUROR

-1-