AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Laborers' International Union of North America Local 872, AFL-CIO
        Plaintiff,

v.

John E. Stevens, III

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00510-JAD-VCF

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ ] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of defendant and against plaintiff.

June 26, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk